IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RON RYAN, ) | |
| ) | |
| Plaintiff, ) | 4:09CV3053 |
| ) | |
| v. ) | |
| ) | |
| CAPITAL CONTRACTORS, Inc., ) | ORDER OF DISMISSAL |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Joint Stipulation for Dismissal, filing 8,

IT IS ORDERED that this case is dismissed without prejudice with each party to pay its own attorney fees and costs.

Dated May 18, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge